NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1418

### HUMAN GENOME SCIENCES, INC.,

Plaintiff-Appellant,

v.

### IMMUNEX CORPORATION
### and AMGEN, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-780, Judge Sue L. Robinson.

---------------------------------------------------------------

## 2009-1182

### HUMAN GENOME SCIENCES, INC.,

Plaintiff-Appellant,

v.

### GENENTECH, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-166, Judge Sue L. Robinson.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Genentech Inc. moves the court to treat appeal nos. 2008-1418 and 2009-1182 as companion cases. Genetech states that Human Genome Sciences, Inc. and Immunex Corporation et al. consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted. The above-captioned appeals will be treated as companion cases, i.e., the cases will be briefed separately and submitted to the same merits panel.

(2)     A copy of this order shall be transmitted to the merits panel assigned to hear these cases.

FOR THE COURT

MAR 0 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 6 2009

JAN HORBALY
CLERK

cc:     Robert M. Galvin, Esq.
        Richard L. DeLucia, Esq.
        James Galbraith, Esq.
        Vernon Michael Winters, Esq.

s17

2008-1418, 2009-1182          2